HOWARD v. SATTLER et al.

(Supreme Court, Appellate Term. November 29, 1907.)

COURTS—APPEAL—DECISIONS REVIEWABLE—ORDER OF MUNICIPAL COURT.
    An appeal will not lie to the Appellate Term for an order of the Municipal Court directing that an interlocutory judgment be entered.

Appeal from Municipal Court, Borough of the Bronx, Second District.

Action by Robert R. Howard against Gustave Sattler, impleaded, etc. Judgment for plaintiff, and defendant Sattler appeals. Appeal dismissed.

Argued before GILDERSLEEVE, P. J., and LEVENTRITT and ERLANGER, JJ.

H. Cooper, for appellant.
H. N. Wessel, for respondent.

PER CURIAM. Notwithstanding the notice of appeal herein recites that the defendant Sattler appeals from an "interlocutory judgment entered herein on the 30th day of October, 1906," no such judgment appears to have been entered. There is an order bearing that date, directing that "an interlocutory judgment be entered," etc.; but the record contains no interlocutory judgment. An appeal will not lie from an order only. Muttart v. Muttart (Sup.) 93 N. Y. Supp. 468. It must be from the judgment.

Appeal dismissed, with $10 costs.